IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cv-511-FL

| | |
|---|---|
| FRANK WARREN SAUNDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BISHOP ADAM JEFFERSON ) | |
| RICHARDSON, LARRY HINTON and ) | |
| AFRICAN METHODIST EPISCOPAL ) | |
| CHURCH, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding defendants' motions to dismiss (DE 6, 16). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

This civil action was filed *pro se* on August 14, 2012, alleging claims of retaliation, reprisal, hostile work environment, and age discrimination, in violation of Title VII of the Civil Rights Act of 1964. These claims arise in relation to plaintiff's termination from employment as a minister at the African Methodist Episcopal Church. As discussed more particularly in the M&R, plaintiff has failed to state any actionable claims of employment discrimination due to the ministerial exception. The First Amendment's Free Exercise and Establishment Clauses both serve to bar the court from interfering from the internal decisions of a church organization, even when a minister is claiming employment discrimination. Therefore, defendants' motions to dismiss shall be granted.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own (DE 29), and, for the reasons stated therein, defendants' motions to dismiss are GRANTED (DE 6, 16). The clerk of court is directed to close this case.

SO ORDERED, this the 5th day of August, 2013.

*[signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
United States District Judge