UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANK WARREN SAUNDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:12-CV-511-FL |
| BISHOP ADAM JEFFERSON ) | |
| RICHARDSON; LARRY HINTON; and ) | |
| AFRICAN METHODIST EPISCOPAL ) | |
| CHURCH, INC., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 5, 2013, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 5, 2013, and Copies To:**

Audra M. O'Neal (via CM/ECF Notice of Electronic Filing)
Stewart W. Fisher (via CM.ECF Notice of Electronic Filing)
Frank Warren Saunders (via U.S. Mail) 513 Charles Street, Clayton, NC 27520


August 5, 2013                             JULIE A. RICHARDS, CLERK
                                             /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk